**Order filed June 2, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00147-CV
_____

### LINTON WINFIELD AND JANIQUE WILLIAMS-WINFIELD, Appellants

### V.

### BAYBROOK TT, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1180304**

## O R D E R

Appellant's brief was due May 19, 2022. No brief or motion for extension of time has been filed.

The appeal is subject to dismissal without further notice for want of prosecution unless appellant files a brief with this court on or before **July 5, 2022**. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.